**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                        **CASE NO. 4:24-CR-00133-BSM**

**CHANGUS BELL**                                                        **DEFENDANT**

**ORDER**

The United States of America's unopposed motion to dismiss the indictment [Doc.

No. 32] against Changus Bell without prejudice is granted.

IT IS SO ORDERED this 9th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE